1  Jonathan E. Gertler (SBN 111531)
2  **STEBNER GERTLER & GUADAGNI**
   **A PROFESSIONAL LAW CORPORATION**
3  870 Market, Suite 1285
   San Francisco, CA 94102
4  jon@sgg-lawfirm.com
   Office: (415) 362-9800
5  Direct: (415) 806-8115
   Fax: (415) 362-9801
6
   Glenn Katon (SBN 281841)
7  **KATON.LAW**
   385 Grand Avenue, Suite 200
8  Oakland, CA 94610
   gkaton@katon.law
9  Office: (510) 463-3350
   Fax: (510) 463-3349
10
    **ATTORNEYS FOR PLAINTIFF**
11  **REMIEL COOPER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REMIEL COOPER,<br><br>        Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  3:25-cv-10436-RFL<br><br>**PLAINTIFF'S NOTICE AND MOTION TO AMEND COMPLAINT**<br><br>Hearing:  Feb. 24, 2026, at 10:00 a.m. |

      **PLEASE TAKE NOTICE** that on February 24, 2026, at 10:00 a.m., Plaintiff Remiel Cooper will and hereby does move the Court to amend her Complaint. The hearing will be before the Hon. Rita F. Lin, Courtroom 15 - 18th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

      Plaintiff Cooper seeks leave to amend the Complaint to add as defendant Sung H. Choi, the licensed pharmacist who vaccinated Plaintiff and whose negligence was the main cause of

Plaintiff's injuries. After the vaccination, Plaintiff became dizzy and sat on the floor to reduce the chance of injury from falling. Putative defendant Choi moved Plaintiff from the floor to a chair without armrests and left Plaintiff sitting unaccompanied. Plaintiff promptly passed out, fell off their chair, and struck their head against the floor, causing a serious brain injury. The Court should grant Plaintiff leave to file their First Amended Complaint, adding Choi as a defendant, and making other changes to the pleading.

## MOTION TO AMEND

Because the addition of proposed Defendant Choi will destroy diversity jurisdiction, which is the basis on which Defendants removed this case from state court, amendment of the Complaint is governed by the remand statute, 28 U.S.C. 1447(e). Plaintiff has, therefore, briefed the Motion to Amend in combination with her separately filed Motion to Remand.

Pursuant to Local Rule 10-1, a copy of Plaintiff's proposed First Amended Complaint is attached as Exhibit A.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

STEBNER GERTLER & GUADAGNI
A PROFESSIONAL LAW CORPORATION
Jonathan E. Gertler

**COUNSEL FOR PLAINTIFF
REMIEL COOPER**