Jonathan E. Gertler (SBN 111531)
**STEBNER GERTLER & GUADAGNI**
**A PROFESSIONAL LAW CORPORATION**
870 Market, Suite 1285
San Francisco, CA 94102
jon@sgg-lawfirm.com
Office: (415) 362-9800
Direct: (415) 806-8115
Fax: (415) 362-9801

Glenn Katon (SBN 281841)
**KATON.LAW**
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Office: (510) 463-3350
Fax: (510) 463-3349

**ATTORNEYS FOR PLAINTIFF**
**REMIEL COOPER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REMIEL COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-10436-RFL<br><br>**DECLARATION OF REMIEL COOPER IN SUPPORT OF MOTION TO REMAND**<br><br>Hearing: Feb. 24, 2026, at 10:00 a.m. |

I, Remiel Cooper, declare as follows:

1. I am 24 years of age and fully competent to make this declaration.

2. I reside in and am a domiciliary of the State of California.

3. I am the Plaintiff in this case, filed originally in the Superior Court of California, County of San Francisco, on October 21, 2025.

4. The case is based on injuries I sustained at the CVS pharmacy inside the Target store at

1  the Stonestown Mall in San Francisco on October 24, 2024.

2     5.  For several months after that incident, I did not understand the seriousness of the injury to

3  my head from my fall at CVS and did not know I only had one year to file a lawsuit. I did not

4  retain a lawyer to represent me, Jonathan Gertler, until October 16, 2025.

5     6.  At the time we filed the complaint, I did not know the name of the pharmacist who

6  vaccinated me and, soon after, moved me from the floor to a chair while I was dizzy.

7     7.  I did not learn the name of that pharmacist, Sang Choi, until on or about December 26,

8  2025.

10     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

11  and correct.

*Remiel Cooper*                01 / 19 / 2026
_____            _____
REMIEL COOPER                  DATE

DECLARATION OF REMIEL COOPER ISO MOTION TO REMAND
Case No. 3:25-cv-10436-RFL                                                              Page 2