1  Jonathan E. Gertler (SBN 111531)
   **STEBNER GERTLER & GUADAGNI**
2  **A PROFESSIONAL LAW CORPORATION**
   870 Market, Suite 1285
3  San Francisco, CA 94102
   jon@sgg-lawfirm.com
4  Office: (415) 362-9800
   Direct: (415) 806-8115
5  Fax: (415) 362-9801

6  Glenn Katon (SBN 281841)
   **KATON.LAW**
7  385 Grand Avenue, Suite 200
   Oakland, CA 94610
8  gkaton@katon.law
   Office: (510) 463-3350
9  Fax: (510) 463-3349

10 **ATTORNEYS FOR PLAINTIFF**
   **REMIEL COOPER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| REMIEL COOPER, | Case No. 3:25-cv-10436-RFL |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO REMAND** |
| CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Remand. After careful consideration of the motion and the parties' submissions, the Court **GRANTS** the motion.

It is, therefore, **ORDERED** that the above-captioned case is remanded to the Superior Court of California, County of San Francisco.

1  It is SO ORDERED on _____, 2026.

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE