1  Derek Davis, Esq. (SBN 243957)
   Charles Bolcom (SBN 193762)
2  COOPER & SCULLY, P.C.
   423 Washington Street, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 956-9700; Fax: (415) 391-0274
4  Email: derek.davis@cooperscully.com
   Email: charles.bolcom@cooperscully.com
5
   Attorneys for Defendants TARGET CORPORATION,
6  GARFIELD BEACH CVS, L.L.C.
   Erroneously sued as CVS PHARMACY, INC., and CVS
7  CORPORATION,

8
                    UNITED STATES DISTRICT COURT
9
                NORTHERN OF CALIFORNIA SAN FRANCISCO
10

| REMIEL COOPER, | Case No. 3:25-CV-10436-RFL |
|---|---|
| Plaintiff, | NOTICE OF NON-OPPOSITION TO PLAINTIFF REMIEL COOPER'S MOTION TO AMEND COMPLAINT |
| vs. | |
| CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 THROUGH 30 inclusive | Hearing: Feb. 24, 2026 at 10:00 a.m. |
| | Date Action Filed: 10/21/2025 |
| Defendants. | Trial Date: None Set |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

Defendants TARGET CORPORATION, GARFIELD BEACH CVS, L.L.C., erroneously sued as CVS PHARMACY, INC. and CVS CORPORATION and, (hereinafter, "Defendants") hereby notify the Court that they are not in opposition to Plaintiff's motion to amend complaint filed on January 20, 2026.

Dated: February 6, 2026                                         COOPER & SCULLY, P.C.

By_____
DEREK DAVIS
State Bar Number: 243957
CHARLES BOLCOM
State Bar Number : 193762
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: charles.bolcom@cooperscully.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on 6th day of February, 2026, a true and correct copy this document was served on counsel of record via Eservice as follows:

| | |
|---|---|
| Jonathan E. Gertler, Esq., <br> Stebner, Gertler & Guadagni, <br> 870 Market, Suite 1285, <br> San Francisco, California 94102; <br> telephone: 415-362-9800; <br> direct: (415) 806-8115; <br> fax: (415) 362-9801; <br> email: jon@jongertlerlaw.com <br> email: janice@chavezgertler,com <br> email: jenna@chavezgertler.com <br> email: jennifer@chavezgertler.com <br><br> Attorney for Plaintiff <br> REMIEL COOPER | Glenn Michael Katon <br> KATON.LAW <br> 385 Gand Avenue, Suite 200 <br> Oakland, CA 94610 <br> Office: 510-463-3350 <br> Fax: 510-463-3349 <br> gkaton@katon.law <br> glennkaton@hotmail.com <br> glennkaton@recap.email <br><br> Attorney for Plaintiff <br> REMIEL COOPER |

*/s/ Charles Bolcom*

DEREK DAVIS
State Bar Number: 243957
CHARLES BOLCOM
State Bar Number 193762
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: charles.bolcom@cooperscully.com

Attorneys for Defendants