1  Derek Davis, Esq. (SBN 243957)
   Charles Bolcom (SBN 193762)
2  COOPER & SCULLY, P.C.
   423 Washington Street, Suite 400
3  San Francisco, CA  94111
   Tel:  (415) 956-9700; Fax: (415) 391-0274
4  Email: derek.davis@cooperscully.com
   Email: charles.bolcom@cooperscully.com
5
   Attorneys for Defendants GARFIELD BEACH CVS, L.L.C.
6  Erroneously sued as CVS PHARMACY, INC., and CVS
   CORPORATION, and TARGET CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN OF CALIFORNIA SAN FRANCISCO

10 | REMIEL COOPER,                        | Case No. 3:25-CV-10436-RFL
11 |              Plaintiff,               | NOTICE   OF   NON-OPPOSITION   TO
   |                                       | PLAINTIFF  REMIEL  COOPER'S  MOTION
12 |        vs.                            | TO REMAND
13 | CVS PHARMACY,INC., CVS                |
   | CORPORATION, TARGET                   | Hearing: Feb. 24, 2026 at 10:00 a.m.
14 | CORPORATION, and DOES 1 THROUGH       |
   | 30 inclusive                         | Date Action Filed: 10/21/2025
15 |                                       | Trial Date:  None Set
   |              Defendants.              |
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

2

1    **TO PLAINTIFF  AND ITS COUNSEL OF RECORD:**

2    Defendants GARFIELD BEACH CVS, L.L.C., erroneously sued as CVS PHARMACY,

3    INC. and CVS CORPORATION and TARGET CORPORATION, (hereinafter, "Defendants")

4    hereby notify the Court that they are not in opposition to Plaintiff's motion to remand filed on

5    January 20, 2026.

6    Dated: February 6, 2026                    COOPER & SCULLY, P.C.

7

8

9                                     By_____

10                                      DEREK DAVIS
                                        State Bar Number: 243957
11                                      CHARLES BOLCOM
                                        State Bar Number : 193762
12                                      COOPER & SCULLY, P.C.
                                        423 Washington Street, Suite 400
13                                      San Francisco, California 94111
                                        Tel: 415-956-9700; Fax: 415-391-0274
14                                      Email: derek.davis@cooperscully.com
                                        Email:  charles.bolcom@cooperscully.com
15                                      Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

CERTIFICATE OF SERVICE

2

   I hereby certify that on  6th    day of   February, 2026, a true and correct copy this document

3

was served on counsel of record via Eservice as follows:

4

| | |
|---|---|
| Jonathan E. Gertler, Esq.,<br>Stebner, Gertler & Guadagni,<br>870 Market, Suite 1285,<br>San Francisco, California 94102;<br>telephone: 415-362-9800;<br>direct: (415) 806-8115;<br>fax: (415) 362-9801;<br>email: jon@jongertlerlaw.com<br>email: janice@chavezgertler,com<br>email: jenna@chavezgertler.com<br>email: jennifer@chavezgertler.com<br><br>Attorney for Plaintiff<br>REMIEL COOPER | Glenn Michael Katon<br>KATON.LAW<br>385 Gand Avenue, Suite 200<br>Oakland, CA 94610<br>Office: 510-463-3350<br>Fax: 510-463-3349<br>gkaton@katon.law<br>glennkaton@hotmail.com<br>glennkaton@recap.email<br><br>Attorney for Plaintiff<br>REMIEL COOPER |

5

6

7

8

9

10

11

12

13

14

15

_____

DEREK DAVIS
State Bar Number: 243957
CHARLES BOLCOM
State Bar Number 193762
COOPER & SCULLY, P.C.
423 Washington Street, Suite 400
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: charles.bolcom@cooperscully.com

Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

3