Jonathan E. Gertler (SBN 111531)
**STEBNER GERTLER & GUADAGNI**
**A PROFESSIONAL LAW CORPORATION**
870 Market, Suite 1285
San Francisco, CA 94102
jon@sgg-lawfirm.com
Office: (415) 362-9800
Direct: (415) 806-8115
Fax: (415) 362-9801

Glenn Katon (SBN 281841)
**KATON.LAW**
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Office: (510) 463-3350
Fax: (510) 463-3349

**ATTORNEYS FOR PLAINTIFF**
**REMIEL COOPER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REMIEL COOPER,<br><br>            Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 3:25-cv-10436-RFL<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT AND MOTION TO REMAND**<br><br>Hearing: Feb. 24, 2026, at 10:00 a.m. |

Plaintiff files this Reply in Support of their Motion to Amend Complaint (ECF 19) and Motion to Remand (ECF 20), which Defendants do not oppose, based upon the following:

Plaintiff moved this Court to amend their Complaint to add a nondiverse defendant and remand the case to the Superior Court of California, County of San Francisco, because that

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT AND MOTION TO REMAND
Case No. 3:25-cv-10436-RFL                                                                                                                      Page 1

amendment would destroy subject-matter jurisdiction. Defendants do not oppose the amendment to the Complaint or the remand of the case to state court, pursuant to their Notice of Non-Opposition to Plaintiff Remiel Cooper's Motion to Amend Complaint (ECF 22) and Notice of Non-Opposition to Plaintiff Remiel Cooper's Motion to Remand (ECF 23).

Accordingly, the Court should GRANT Plaintiff's Motion to Amend the Complaint and REMAND the case to the Superior Court of California, County of San Francisco.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

and

STEBNER GERTLER & GUADAGNI
A PROFESSIONAL LAW CORPORATION
Jonathan E. Gertler

**COUNSEL FOR PLAINTIFF REMIEL COOPER**