Jonathan E. Gertler (SBN 111531)
**STEBNER GERTLER & GUADAGNI**
**A PROFESSIONAL LAW CORPORATION**
870 Market, Suite 1285
San Francisco, CA 94102
jon@sgg-lawfirm.com
Office: (415) 362-9800
Direct: (415) 806-8115
Fax: (415) 362-9801

Glenn Katon (SBN 281841)
**KATON.LAW**
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Office: (510) 463-3350
Fax: (510) 463-3349

**ATTORNEYS FOR PLAINTIFF
REMIEL COOPER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REMIEL COOPER,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., CVS CORPORATION, TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10436-RFL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT AND REMANDING CASE TO STATE COURT** |

Pending before the Court are Plaintiff's Motion to Amend Complaint (ECF 19) and Motion to Remand the case to state court (ECF 20). After careful consideration of Plaintiff's submissions and Defendants' Notices of Non-Opposition to the motions, the Court **GRANTS** the motions.

1   It is, therefore, **ORDERED** that Plaintiff's Motion to Amend the Complaint is
2   **GRANTED**.
3   It is further **ORDERED** that the above-captioned case is **REMANDED** to the Superior
4   Court of California, County of San Francisco.

6   It is SO ORDERED on February ___, 2026.

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE