UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIEL COOPER,<br><br>        Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-10436-RFL<br><br>**ORDER GRANTING MOTIONS TO AMEND AND REMAND**<br><br>Re: Dkt. Nos. 19-20 |

    Defendants do not oppose Plaintiff's motions to amend the complaint and remand this case to state court. (*See* Dkt. Nos. 19-20, 22-23.) Accordingly, the motions to amend and remand are **GRANTED**. The case is **REMANDED** to the Superior Court for the County of San Francisco.

    **IT IS SO ORDERED.**

Dated: February 10, 2026

RITA F. LIN
United States District Judge

1