UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

February 12, 2026

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

by: *Karen Gorman*
Deputy Clerk
Date: 2/12/2026

Superior Court for the County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE: Remiel Cooper v. CVS Pharmacy, Inc., et al.
    25-cv-10436-RFL

Your Case Number: CGC-25-630381

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copies of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

*Karen Gorman*
by: Karen Gorman
Case Systems Administrator
415 522-2074