**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

MAR 06 2026

CLERK OF THE COURT
BY: AUSTIN LAM
Deputy Clerk

FILED
MAR -3 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

February 12, 2026

Superior Court for the County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE: Remiel Cooper v. CVS Pharmacy, Inc., et al.
    25-cv-10436-RFL

Your Case Number: CGC-25-630381

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   ☒ Certified original and one copy of this letter
   ☒ Certified copies of docket entries
   ☒ Certified copy of Remand Order
   ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

*Karen Gorman*
by: Karen Gorman
Case Systems Administrator
415 522-2074

MAR 06 2026
AUSTIN LAM



Superior Court of California
County of San Francisco
Department # 103
400 McAllister Street, Room 103
San Francisco, CA 94102




FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 94103
02 7W
$ 000.74⁰
0008040339 MAR 06 2026

RECEIVED

MAR 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102